**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ANTONIO LASHUN NOLAN   CIVIL ACTION NO. 25-1144-P

VERSUS   JUDGE DONALD E. WALTER

OFFICER BUCHANAN, ET AL.   MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiff Antonio Lashun Nolan's claims of unlawful stop, false arrest, and withholding exculpatory evidence are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state claims on which relief may be granted, until the *Heck* conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 31st day of October, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE