# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ANTONIO LASHUN NOLAN | CIVIL ACTION NO. 25-1144-P |
| VERSUS | JUDGE DONALD E. WALTER |
| OFFICER BUCHANAN, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## MEMORANDUM ORDER

Before the Court are a "Motion For Relief From Final Judgment" and a "Motion To Stay Effect Of Judgment And Clarify Record" filed pro se by the plaintiff, Antonio Lashun Nolan ("Nolan"). See Record Documents 34 and 35. Nolan complains of things that have been previously asserted and ruled upon by this Court. Furthermore, Nolan has appealed this Court's adoption of the Report and Recommendation, dismissing his claims. See Record Document 31. It is well-settled that a notice of appeal filed after entry of a final judgment on the merits divests the district court of jurisdiction over the events involved in the appeal. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58, 103 S. Ct. 400 (1982). Accordingly, and after due consideration,

**IT IS ORDERED** that Nolan's motions (Record Documents 34 and 35) are **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 7th day of January, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE